AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
2/06/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
02/06/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KL___ DEPUTY

United States of America

v.

Ricardo REYNOSO-GARCIA,
 aka "Ricardo Garcia Reynoso,"
 aka "Richard Garcia Reynoso,"

Defendant.

Case No. 2:25-mj-00528-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 2, 2024 in the County of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Michael Flynn, Deportation Officer ERO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 6, 2025

*Judge's signature*

City and state: Los Angeles, California

Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
*Printed name and title*

AUSA: Alexander H. Tran (x0758)

**AFFIDAVIT**

I, Michael Flynn, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), and have been so employed since February 2021. Prior to that I was employed by DHS, U.S Customs and Border Protection (CBP), Office of Field Operations (OFO), as a Customs and Border Protection Officer (CBPO) since August 2015. I am currently assigned as a DO at the Los Angeles Field Office. I have a total of nine years of training and experience in the enforcement of the Immigration and Naturalization laws of the United States. As part of my duties as a DO, which requires me to identify, locate, apprehend, and remove aliens who are in violation of the Immigration and Nationality Act ("INA"), I investigate criminal immigration violations of Title 8 of the United States Code, including illegal reentry into the United States, and who, being an alien is illegally or unlawfully in the United States.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint and arrest warrant against Ricardo REYNOSO-GARCIA, also known as ("aka") Ricardo Garcia Reynoso, aka Richard Garcia Reynoso ("defendant"), charging him with violating Title 8,

United States Code, Sections 1326(a), (b)(1), (b)(2), Illegal Alien Found in the United States Following Deportation.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about June 2, 2024, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that REYNOSO-GARCIA had been arrested due to domestic violence in violation of California Penal Code § 243(E)(1), a misdemeanor, and was in the custody of the Los Angeles County Sheriff's Department ("LASD"), Palmdale Station, in Palmdale, California. On or about that same day, ICE lodged a DHS Immigration Detainer I-247(A) with LASD. That detainer was not honored, and REYNOSO-GARCIA was subsequently released from LASD custody.

5. On September 25, 2013, REYNOSO-GARCIA was convicted of illegal reentry following removal in violation of 8 U.S.C. § 1326(a), a felony, in the United States District Court, Central District of California, Case Number 2:13-CR-00412-ODW.

He was sentenced to 46 months' custody with the Bureau of Prisons.

6. Based on my training and experience, I known that when an individual is fingerprinted by ICE, or its former agency the Immigration and Naturalization Services ("INS"), the individual is issued a Fingerprint Identification Number ("FIN"). The FIN is then automatically associated with the individual's Alien Number ("A-Number"). In this case, REYNOSO-GARCIA's fingerprints were assigned the FIN number 1121428292, which was then linked to A-Number 024-923-167 based on prior fingerprints located in the DHS Alien File bearing the number A024-923-167.

7. On or about February 3, 2025, I reviewed the Immigration Alien Query (IAQ) electronic notification associated with REYNOSO-GARCIA's June 2, 2024, arrest, and saw that the FIN number associated with the IAQ was 1121428292. I thus confirmed that the individual arrested on June 2, 2024, was REYNOSO-GARCIA, a previously deported illegal alien.

8. Based on my training and experience, I know that a DHS A-File is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of convictions, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-file is maintained.

9. On or about September 13, 2024, I obtained and reviewed DHS A-File 024-923-167 (the "DHS A-File"), which is

3

maintained for the subject alien "Ricardo Reynoso-Garcia." The DHS A-File contained the following documents and information:

  a. Photographs of the subject alien to whom this specific DHS A-File corresponds. I compared these photographs to the ICE booking photographs of REYNOSO-GARCIA. I thus determined that this DHS A-File and its contents corresponded to "REYNOSO-Garcia, Ricardo".

  b. Four executed Warrants of Removal/Deportation (form I-205), which showed that defendant was officially removed or deported from the United States on January 23, 1984, December 26, 2007, September 16, 2016, and December 28, 2018. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed warrants of Removal/Deportation in defendant's DHS A-file each contained a photograph, a signature, and fingerprint.

  c. A certified conviction record showing that REYNOSO-GARCIA was convicted on or about January 25, 1995, under the name "Richardo Garcia Reynoso," of voluntary manslaughter in violation of California Penal Code § 192(A), and second degree robbery in violation of California Penal Code § 211 in the Superior Court of Los Angeles, County of Los Angeles, Case Number LA013374, for which defendant was sentenced to twenty-four years' imprisonment.

4

   d. A certified conviction record showing that REYNOSO-GARCIA was convicted on or about April 24, 2017, of fraud and misuse of visas, in violation of 18 U.S.C. § 1546, a felony, in the United States District Court, Southern District of California, Case Number 17-CR-0015-MMA.  He was sentenced to 18 months' custody with the Bureau of Prisons.

   e. Various documents, in addition to the Warrants of Removal/Deportation, indicating that REYNOSO-GARCIA is a native and citizen of Mexico.  These documents include: (i) an order of the Immigration Judge dated January 23, 1984, in which REYNOSO-GARCIA was ordered deported from the United States to Mexico, (ii) a signed Notice of Intent to Issue Final Administrative Removal Order (form I-851) dated December, 14, 2007, in which REYNOSO-GARCIA did not contest that he was a native and a citizen of Mexico, and (iii) a record of Sworn Statement, dated May 3, 2013, in which REYNOSO-GARCIA stated that he was born in Mexico.

  10. On or about January 15, 2025, I reviewed the printouts of the Interstate Identification Index ("III").  Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number.  The III printouts confirmed that REYNOSO-GARCIA had been convicted of the crimes reflected on the documents contained in REYNOSO-GARCIA'S DHS A-File, described above.

11. On February 4, 2025, I reviewed the printouts of ICE computer indices on REYNOSO-GARCIA. Based on my training and experience, I know that ICE computer indices track and document each time an alien is removed or excluded from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that REYNOSO-GARCIA had been removed and deported on the dates indicated on the Warrants of Removal/Deportation found in REYNOSO-GARCIA'S DHS A-file and described above. The ICE computer indices further indicated that REYNOSO-GARCIA had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since REYNOSO-GARCIA'S had last been deported.

12. Based on my review of defendant's DHS A-File, I determined that it does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in defendant's DHS A-File.
//
//

## IV. CONCLUSION

13. For all the reasons described above, there is probable cause to believe that REYNOSO-GARCIA has violated Title 8, United States Code, Sections 1326(a), (b)(1), (b)(2), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>6th</u> day of
February, 2025.

*Alicia G. Rosenberg*
_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE