NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Mara Gonzalez Souto (Cal. Bar No. 349314)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012
(213) 894-2854

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 25-MJ-00528-DUTY |
| RICARDO REYNOSO GARCIA | |
| DEFENDANT. | **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Ricardo Reynoso Garcia
that a hearing be held to review/reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge Charles F. Eick _____ by order dated: February 24, 2025

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge Eick _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific):*
Release with conditions, secured by 2 or 3 sureties (Mr. Reynoso Garcia's USC wife, USC son and USC sister), residence approved by PTS, GPS location monitoring, if needed, clear outstanding warrants and provide proof to Supervising Agency; and any other appropriate conditions. Also, requesting correction on the record that Mr. Reynoso Garcia does not have pending state charges for indecent exposure to a minor, as noted in the Transcript. The government cited the criminal history of another defendant appearing on 2/24/2025-U.S.A. v. Hermosillo-Martin, No. 25-MJ-573 (Feb 24, 2025)

Counsel for the defendant and plaintiff United States Government consulted on February 1, 2025
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on March 7, 2025 _____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 3-7-25 | /s/ Mara Gonzalez Souto |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)