```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorney
Chief, Domestic Security & Immigration
  Crimes Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-2262
     Facsimile: 213-894-0142
     E-mail:    miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

**FILED**
CLERK, U.S. DISTRICT COURT
3/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SEE ATTACHMENTS "EXHIBIT 1" AND "EXHBIT 2" | No. CR   SEE ATTACHMENTS<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING MATTERS LISTED IN EXHIBIT 1 AND UNSEALING MATTERS LISTED IN EXHIBIT 2<br><br>**(UNDER SEAL)** |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney MiRi Song, hereby applies ex parte for an order (1) to seal the matters listed in Exhibit 1, along with this ex parte application and proposed order, and (2) to unseal the matters listed in Exhibit 2.

//
//
//
//
//

This ex parte application is based upon the attached declaration of MiRi Song.

Dated: March 11, 2025					Respectfully submitted,

							JOSEPH T. MCNALLY
							Acting United States Attorney

							LINDSEY GREER DOTSON
							Assistant United States Attorney
							Chief, Criminal Division


							   /s/ MiRi Song
							MIRI SONG
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

**DECLARATION OF MIRI SONG**

I, MiRi Song, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California, and I am one of the attorneys representing the government on multiple matters that are currently pending before this Court that charged violation(s) of 8 U.S.C. § 1326.

2. The government requests that the matters listed in Exhibit 1, along with this ex parte application and proposed order, be filed or remain under seal. The named defendants in these matters have not been taken into custody on the charge(s) contained in the complaints and have not been informed that they are being named as a defendant in a criminal matter.

3. If these matters were publicly available, that may result in defendants being notified and fleeing from prosecution and may also result in increased safety risks to the law enforcement officers, who are tasked with executing the outstanding arrest warrants for said defendants.

4. Accordingly, the government requests that the matters listed in Exhibit 1, along with this ex parte application and proposed order, be sealed and remain so until defendants are arrested and taken into custody on the charge(s) alleged in their respective criminal complaints.

5. The government submits that an individual matter should be unsealed at the earliest time practicable, specifically when the dangers mentioned in the preceding paragraph are dissipated. Thus, the government requests that matters listed in Exhibit 1 be unsealed at the time of defendants' arrest, rather than at the initial

1 appearances.

2     6.   Lastly, the government requests that the matters listed in
3 Exhibit 2 be unsealed to the extent that they are sealed, as the
4 defendants in those matters have been arrested and/or made their
5 initial appearances already.

6     I declare under penalty of perjury under the laws of the United
7 States of America that the foregoing is true and correct and that
8 this declaration is executed at Los Angeles, California, on March 11,
9 2025.

                                              */s/ MiRi Song*
                                              MIRI SONG

```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorney
Chief, Domestic Security & Immigration
  Crimes Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-2262
     Facsimile:  213-894-0142
     E-mail:    miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SEE ATTACHMENTS "EXHIBIT 1" AND "EXHBIT 2" | No. CR 25- <br><br> [PROPOSED] ORDER SEALING MATTERS LISTED IN EXHIBIT 1 AND UNSEALING MATTERS LISTED IN EXHIBIT 2 <br><br> **(UNDER SEAL)** |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for an order sealing matters listed in Exhibit 1 and unsealing matters in Exhibit 2 is GRANTED. The matters listed in Exhibit 1, along with the government's ex parte application, shall be sealed. Such matters will automatically be unsealed at the moment of a defendant's arrest, rather than at a later point, such as at the initial appearance.

//
//
//
//

It is further ordered that the matters listed in Exhibit 2 be unsealed, as the defendants in those matters have already been arrested and/or made their initial appearances, thus obviating the need to seal for dangers of flight from prosecution and dangers to law enforcement officers tasked with executing any outstanding arrest warrants.

_____    _____
DATE                                                    THE HON. BRIANNA FULLER MIRCHEFF
                                                        UNITED STATES MAGISTRATE JUDGE

Presented by:

  */s/ MiRi Song*
MIRI SONG
Assistant United States Attorney

2

# EXHIBIT 1

**EXHIBIT 1**

1. 2:24-MJ-6452
2. 2:25-CR-91-FMO
3. 2:25-CR-92-FMO
4. 2:25-CR-98-MWC
5. 2:25-MJ-52
6. 2:25-MJ-534
7. 2:25-MJ-675
8. 2:25-MJ-683
9. 2:25-MJ-695
10. 2:25-MJ-753
11. 2:25-MJ-757
12. 2:25-MJ-767
13. 2:25-MJ-773
14. 2:25-MJ-784
15. 2:25-MJ-813
16. 2:25-MJ-815
17. 2:25-MJ-816
18. 2:25-MJ-821
19. 2:25-MJ-831
20. 2:25-MJ-832
21. 2:25-MJ-835
22. 2:25-MJ-836
23. 2:25-MJ-846
24. 2:25-MJ-851
25. 2:25-MJ-857
26. 2:25-MJ-867
27. 2:25-MJ-869
28. 2:25-MJ-879

29. 2:25-MJ-880
30. 2:25-MJ-883
31. 2:25-MJ-889
32. 2:25-MJ-905
33. 2:25-MJ-954
34. 2:25-MJ-666
35. 2:25-MJ-758
36. 2:25-MJ-887
37. 2:25-MJ-870
38. 2:25-MJ-873
39. 2:25-MJ-878
40. 2:25-MJ-879
41. 2:25-MJ-884
42. 2:25-MJ-885
43. 2:25-MJ-886
44. 2:25-MJ-888
45. 2:25-MJ-890
46. 2:25-MJ-891
47. 2:25-MJ-894
48. 2:25-MJ-899
49. 2:25-MJ-903

# EXHIBIT 2

**EXHIBIT 2**

1. 2:25-MJ-00738
2. 2:25-MJ-00848
3. 2:25-CR-00097
4. 2:25-MJ-00528
5. 2:25-MJ-00573
6. 2:25-MJ-00651
7. 2:25-MJ-00680
8. 2:25-MJ-00682
9. 2:25-MJ-00690
10. 2:25-MJ-00720
11. 2:25-MJ-00730
12. 2:25-MJ-00765
13. 2:25-MJ-00771
14. 2:25-MJ-00781
15. 2:25-MJ-00828
16. 2:25-MJ-00847
17. 2:25-MJ-00850
18. 2:25-MJ-00872
19. 2:25-MJ-00875
20. 2:25-MJ-00897
21. 2:25-MJ-00900
22. 2:25-MJ-00901
23. 2:25-MJ-00929